NAPOLEONI, PETICIONARIO APELANTE, *v.* EL PUEBLO DE PUERTO RICO, OPOSITOR APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en recurso de *habeas corpus.*

No. 1420.—Resuelto en noviembre 13, 1919.

HABEAS CORPUS—CAUSA PROBABLE PARA LA DETENCIÓN—APELACIÓN—ACUSACIÓN.— Cuando una persona utiliza el recurso de *habeas corpus* alegando que no hubo causa probable para su detención y luego apela contra una resolución adversa recaída en ese procedimiento, el hecho de que después de tal resolución el fiscal haya presentado acusación contra esa persona por el mismo delito no priva a dicha apelación de finalidad práctica, pues la cuestión

envuelta en la apelación es si existió o no causa probable para la detención, y la presentación de la acusación por el fiscal no prueba tal existencia, siendo como son los tribunales los llamados a decidir sobre ella.

Los hechos están expresados en la opinión.

Abogado del peticionario apelante: *Sr. Leopoldo Tormes.*

Abogado del opositor apelado: *Sr. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Rafael Napoleoni presentó solicitud de *habeas corpus* a la Corte de Distrito de Mayagüez para que decretase su libertad alegando que había sido preso por orden del fiscal de dicho distrito sin haber cometido delito alguno.

Después de haber oído la corte expresada la evidencia que le presentó el fiscal para justificar la prisión del peticionario por delito de perjurio, resolvió que había causa probable para la prisión y denegó la solicitud que se le había hecho, resolución contra la cual interpuso Napoleoni recurso de apelación.

Pendiente la vista de esa apelación nos presentó el fiscal de este Tribunal Supremo moción solicitando que la desestimemos, fundándose en que resultaba sin finalidad práctica porque posteriormente a la resolución apelada el fiscal de distrito de Mayagüez había presentado acusación contra Napoleoni por el delito de perjurio y éste la había contestado negándola.

Siendo la cuestión planteada por la petición y por la apelación la de que no existe causa probable para la prisión de Napoleoni, entendemos que no quita finalidad práctica a la resolución de la cuestión en controversia el hecho de que posteriormente el fiscal que decretó la prisión haya presentado ante la corte acusación contra Napoleoni por el delito por el cual ordenó su arresto, pues la presentación de la acusación por el fiscal no es prueba de que exista causa probable para la prisión de una persona, toda vez que puede creer el fiscal que tiene evidencia para sostener dicha acusación y, sin embargo, no ser esto así a juicio de un tribunal

o juez, que son los llamados a decidir sobre la existencia de causa probable, cuando esta cuestión se plantea ante ellos.

La moción de desestimación debe ser negada.

> *Sin lugar la moción solicitando la desestimación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado del Toro.

Los Jueces Asociados Sres. Wolf y Hutchison no intervinieron en la resolución de este caso.